# HEARING MINUTES AND ORDER

Cause No. 3:15cv51
Style:  Tarris L. Woods, et al. v. Galveston Housing Authority
Hearing Type: Status Conference

Appearances:

| **Counsel:** | **Representing:** |
|---|---|
| Larry Simmons, Bart Frederick | Defendants Galveston Housing Authority, Irwin Herz, Anthony Brown, Ann Masel, J.T. Edwards, Virginia French |
| Barbara Quirk | James Yarbrough, City of Galveston |

Date:  **March 23, 2016**          ERO: **Andy Gould**
Time:  3:45 -  3:49                 Case Manager:  Dana Perez

At the hearing, the following rulings were made:

1. The City of Galveston and James Yarbrough are terminated from the case.

2. The Plaintiff has not responded to the Court's Order to file a letter setting forth reasons why the Court should not award attorney's fees and costs as sanctions for the filing of a frivolous federal cause of action, or in the alternative, to voluntarily dismiss this action in its entirety.  The plaintiff has also failed to appear for this Status Conference.

3. Motion to Dismiss (Dkt. 28) is GRANTED for the reasons stated on the record.

Signed in Galveston, TX this 23rd day of March, 2016.

_____
George C. Hanks, Jr.
United States District Judge